UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIMEE FOWLER, et al.<br><br>    Plaintiffs,<br><br>    vs.<br><br>BAYER CORPORATION, et al.<br><br>    Defendants. | ) Case No. 11-CV-01359-AHM (RZx)<br>)<br>) Assigned to: Hon. Howard A. Matz<br>)<br>)<br>) **ORDER REMANDING CASE**<br>)<br>)<br>) |

      Upon consideration of the parties' stipulation to remand this action, it is hereby ordered that this action is **REMANDED** to the Los Angeles Superior Court. Each party shall bear his/her or its own costs and attorneys' fees incurred in connection with the removal and other proceedings in this Court.

      **IT IS SO ORDERED.**

Dated:  March 15, 2011

**JS-6**

_____
Hon. A. Howard Matz
United States District Judge

ORDER REMANDING CASE